USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

255-257 EAST 61ST STREET, LLC and 2ND AVE FRESH FOOD CORNER INC.,

Defendants.

1:25-cv-06238-MKV

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

Defendant 255-257 East 61st Street, LLC filed a third-party Complaint against third-party Defendants 2nd Ave Gourmet, Inc. and Salruddin Ramzanali on November 26, 2025. [ECF No. 20]. According to affidavits of service filed on the docket, the third-party Defendants were required to answer or otherwise respond to the third-party Complaint on or before December 29, 2025. [ECF Nos. 27, 28]. As of this date, the third-party Defendants have failed to answer or otherwise respond to the third-party Complaint, and Defendant 255-257 East 61st Street has not prosecuted this case.

Accordingly, IT IS HEREBY ORDERED that, **on or before March 24, 2026,** Defendant 255-257 East 61st Street shall file a letter showing cause why its case against third-party Defendants 2nd Ave Gourmet, Inc. and Salruddin Ramzanali should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Defendant 255-257 East 61st Street is on notice that it is ultimately responsible for prosecuting this case, and its case against may be dismissed because of its chosen counsel's failure to prosecute its case. *See Link v. Wabash R. Co.*, 370 U.S. 626, 633-34 (1962).

**The parties are on notice that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including: monetary sanctions on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.**

**SO ORDERED.**

Date:  March 16, 2026
       New York, NY

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**