**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TODD KREISLER, Individually and on Behalf of All Others Similarly Situated., <br><br> Plaintiff, <br><br>    v. <br><br> 255-257 EAST 61ST STREET, LLC and 2ND AVE FRESH FOOD CORNER INC., <br><br> Defendants. | Case No. 1:25-CV-06238 (MKV) <br><br><br><br> **DECLARATION IN SUPPORT OF REQUEST FOR CLERK'S CERTIFICATION OF DEFAULT** |
| 255-257 EAST 61ST STREET, LLC, <br><br>                Defendant/Third-Party <br>                    Plaintiff, <br><br>    v. <br><br> 2ND AVE GOURMET, INC. and SADRUDDIN RAMZANALI, <br><br> Third-Party Defendants. | |

I, Ira N. Glauber, declare under penalty of perjury that the following facts are true and correct:

1.     I am counsel for Defendant/Third-Party Plaintiff 255-257 East 61st Street, LLC ("**255 East**"), in this action.

2.     This action was commenced on July 29, 2025 by the filing of the Complaint by Plaintiff Todd Kreisler against 255 East.  [ECF Doc. #1].

3.     On November 13, 2025, 255 East answered the Complaint.  [ECF Doc. # 17].

#125512556v1

4.      On November 26, 2025, 255 East filed a Third-Party Complaint against Third-Party Defendants 2nd Ave Gourmet, Inc. and Sadruddin Ramzanali (collectively, the "**Third-Party Defendants**").  [ECF Doc. # 20].

5.      An executed summons showing that Third-Party Defendant 2nd Ave Gourmet Inc. was served was filed on December 12, 2025.  [ECF Doc. # 27].

6.      An executed summons showing that Third-Party Defendant Sadruddin Ramzanali was served was filed on December 12, 2025.  [ECF Doc. # 28].

7.      The time for the Third-Party Defendants to answer or otherwise respond to the Third-Party Complaint expired on December 29, 2025.

8.      The Third-Party Defendants have not answered or responded to the Third-Party Complaint, nor have the Third-Party Defendants moved for an extension of time to answer or respond to the Third-Party Complaint.

9.      Third-Party Defendant 2nd Ave Gourmet, Inc. is not an infant or incompetent.

10.      Third-Party Defendant 2nd Ave Gourmet, Inc. is not currently serving in the United States military.

11.      Third-Party Defendant Sadruddin Ramzanali is not an infant or incompetent.

12.      Third-Party Defendant Sadruddin Ramzanali is not currently serving in the United States military.

Plaintiff requests the issuance of a certificate of default against Third-Party Defendants 2nd Ave Gourmet, Inc. and Sadruddin Ramzanali.

Dated:   New York, New York
        March 20, 2026

2

#125512556v1

3

DILWORTH PAXSON LLP


By: */s/ Ira N. Glauber*
    Ira N. Glauber
    485 Lexington Avenue, 14th Floor
    New York, NY 10017
    Tel: (917) 675-4252
    iglauber@dilworthlaw.com
    Attorney for Defendant/Third-Party
    Plaintiff 255-57 East 61st Street, LLC

3