**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD KREISLER, Individually and on Behalf of
All Others Similarly Situated.,

        Plaintiff,

    v.

255-257 EAST 61ST STREET, LLC and 2ND
AVE FRESH FOOD CORNER INC.,

        Defendants.

---

255-257 EAST 61ST STREET, LLC,

        Defendant/Third-Party
                Plaintiff,

    v.

2ND AVE GOURMET, INC. and SADRUDDIN
RAMZANALI,

        Third-Party Defendants.

Case No. 1:25-CV-06238 (MKV)

**CERTIFICATE OF SERVICE**

I, Ira N. Glauber, counsel for Defendant/Third-Party Plaintiff 255-57 East 61st Street, LLC,

affirm that the foregoing documents have been mailed to the last known address of Third-Party

Defendant 2nd Ave Gourmet, Inc. at 1161 Second Avene, New York, New York 10065 and Third-

Party Defendant Sadruddin Ramzanali at 71 Stratford North, Roslyn Heights, New York 11577.

Dated:  New York, New York
        March 20, 2026

                        DILWORTH PAXSON LLP

                        By: */s/ Ira N. Glauber*
                           Ira N. Glauber
                           485 Lexington Avenue, 14th Floor
                           New York, NY 10017

#125512556v1

2

Tel: (917) 675-4252
iglauber@dilworthlaw.com
Attorney for Defendant/Third-Party
Plaintiff 255-57 East 61st Street, LLC

2

#125512556v1