**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD KREISLER, Individually and on Behalf of
All Others Similarly Situated.,

Plaintiff,

v.

255-257 EAST 61ST STREET, LLC and 2ND
AVE FRESH FOOD CORNER INC.,

Defendants.

Case No. 1:25-CV-06238 (MKV)

255-257 EAST 61ST STREET, LLC,

Defendant/Third-Party
Plaintiff,

v.

2ND AVE GOURMET, INC. and SADRUDDIN
RAMZANALI,

Third-Party Defendants.

**REQUEST FOR A CLERK'S**
**CERTIFICATE OF DEFAULT**

Defendant/Third-Party Plaintiff 255-257 East 61st Street, LLC, by its undersigned

attorneys, Dilworth Paxson LLP, request a Clerk's Certificate of Default against Third-Party

Defendants 2nd Ave Gourmet, Inc. and Sadruddin Ramzanali, as required under Local Civil Rule

55.1(a) of the Local Rules of the United States District Court for the Southern and Eastern District

Courts of New York.  A Declaration in support of this Request is attached.

Dated:   New York, New York
         March 20, 2026

DILWORTH PAXSON LLP

By: */s/ Ira N. Glauber*
    Ira N. Glauber

#125512556v1

2

485 Lexington Avenue, 14th Floor
New York, NY 10017
Tel: (917) 675-4252
iglauber@dilworthlaw.com
Attorney for Defendant/Third-Party
Plaintiff 255-257 East 61st Street, LLC

2

#125512556v1