**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TODD KREISLER, Individually and on Behalf of All Others Similarly Situated., | Case No. 1:25-CV-06238 (MKV) |
| Plaintiff, | |
| v. | |
| 255-257 EAST 61ST STREET, LLC and 2ND AVE FRESH FOOD CORNER INC., | **CLERK'S CERTIFICATE OF DEFAULT** |
| Defendants. | |
| 255-257 EAST 61ST STREET, LLC, | |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| 2ND AVE GOURMET, INC. and SADRUDDIN RAMZANALI, | |
| Third-Party Defendants. | |

I, Tammi Hellwig, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1.      This action was commenced on July 29, 2025 by the filing of the Complaint by Plaintiff Todd Kreisler against Defendant/Third-Party Plaintiff 255-257 East 61st Street, LLC. [ECF Doc. #1].

2.      On November 26, 2025, Defendant/Third-Party Plaintiff 255-257 East 61st Street, LLC filed a Third-Party Complaint against Third-Party Defendants 2nd Ave Gourmet, Inc. and Sadruddin Ramzanali.  [ECF Doc. # 20].

#125512556v1

3.      A copy of the summons and complaint were served on Third-Party Defendants 2nd Ave Gourmet, Inc. and Sadruddin Ramzanali.

4.      Third-Party Defendant 2nd Ave Gourmet, Inc. was served by personal service on Keyonn Everett, who identified himself as a person authorized to accept service on behalf of Third-Party Defendant 2nd. Ave Gourmet.

5.      Proof of service of Third-Party Defendant 2nd Ave Gourmet, Inc. was filed on December 12, 2025.  [ECF Doc. # 27].

6.      Third-Party Defendant Sadruddin Ramzanali was served via personal service on Zajn Jawani, grandson of Third-Party Defendant Sadruddin Ramzanali and a person of suitable age and discretion at the address of Third-Party Defendant Sadruddin Ramzanali.

7.      Proof of service of Third-Party Defendant Sadruddin Ramzanali was filed on December 12, 2025.  [ECF Doc. # 28].

I further certify that the docket entries indicate that the third-party defendants have not filed an answer or otherwise responded to the Third-Party Complaint herein.  The default of the third-party defendants is hereby noted.

Dated: _____, 2026
New York, New York                                      Tammi Hellwig, Clerk of Court

                                                        By: _____
                                                              Deputy Clerk

2

#125512556v1