**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD KREISLER, Individually and on Behalf of
All Others Similarly Situated.,

        Plaintiff,

    v.

255-257 EAST 61ST STREET, LLC and 2ND
AVE FRESH FOOD CORNER INC.,

        Defendants.

255-257 EAST 61ST STREET, LLC,

        Defendant/Third-Party
            Plaintiff,

    v.

2ND AVE GOURMET, INC. and SADRUDDIN
RAMZANALI,

        Third-Party Defendants.

Case No. 1:25-CV-06238 (MKV)

**NOTICE OF MOTION OF**
**JUDGMENT FOR DEFAULT**

PLEASE TAKE NOTICE that upon Affidavit of David Malanga dated the 14th day of April 2026, upon the Declaration of Ira N. Glauber, attorney for 255-57 East 61st Street, LLC, , affirmed on the 14th day of April 2026, and all exhibits attached thereto, upon the Clerk's Certificate of Default, dated March 24, 2026, upon the accompanying memorandum of law, and upon all the pleadings and proceedings heretofore had herein, the undersigned hereby makes a motion to this Court, for an Order pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2, to enter a default judgment in favor of Defendant/Third-Party Plaintiff, 255-57 East 61st Street, LLC and against Third-Party Defendants 2nd Ave Gourmet Inc. and Sadruddin Ramzanali, for failure to plead or otherwise defend this action, together with such other and further relief as this Court may deem just and proper.

#125533798v1

2

Dated:   New York, New York
         April 15, 2026

DILWORTH PAXSON LLP

By: */s/ Ira N. Glauber*
    Ira N. Glauber
    485 Lexington Avenue, 14th Floor
    New York, NY 10017
    Tel: (917) 675-4252
    iglauber@dilworthlaw.com
    Attorney for Defendant/Third-Party
    Plaintiff 255-257 East 61st Street, LLC

To:   2nd Ave Gourmet Inc.
      1161 Second Avene
      New York, New York 10065

      AND

      Sadruddin Ramzanali
      71 Stratford North,
      Roslyn Heights, New York 11577

2

#125533798v1