**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD KREISLER, Individually and on Behalf of
All Others Similarly Situated.,

                Plaintiff,

     v.

255-257 EAST 61ST STREET, LLC and 2ND
AVE FRESH FOOD CORNER INC.,

                Defendants.

255-257 EAST 61ST STREET, LLC,

                Defendant/Third-Party
                    Plaintiff,

     v.

2ND AVE GOURMET, INC. and SADRUDDIN
RAMZANALI,

                Third-Party Defendants.

Case No. 1:25-CV-06238 (MKV)

**PROPOSED ORDER FOR**
**DEFAULT JUDGMENT**

**ORDER**

       AND NOW, this _____ day of _____, 2026, upon consideration of

the Motion of Defendant/Third-Party Plaintiff 255-57 East 61st Street, LLC ("**255 East**") for

Default Judgment, upon Affidavit of David Malanga dated the 14th day of April, 2026, upon the

Declaration of Ira N. Glauber, attorney for 255 East, affirmed on the 14th day of April 2026, and

all exhibits attached thereto, upon the Clerk's Certificate of Default, dated March 24, 2026, upon

the accompanying memorandum of law, upon all the pleadings and proceedings heretofore had

herein and all responses, if any, thereto, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED and Decreed that a Default Judgment in the amount of $14,926.28 is entered in favor of 255 East and against Third-Party Defendants 2nd Ave Gourmet, Inc. and Sadruddin Ramzanali (the "**Third Party Defendants**").

It is further ORDERED and Decreed that any judgment Plaintiff recovers in this action is enforceable against only against the Third-Party Defendants and not 255 East.

**SO ORDERED.**

BY THE COURT:

_____

J. Mary Kay Vyskocil

Dated: _____