**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TODD KREISLER, Individually and on Behalf of All Others Similarly Situated.,

    Plaintiff,

  v.

255-257 EAST 61ST STREET, LLC and 2ND AVE FRESH FOOD CORNER INC.,

    Defendants.

Case No. 1:25-CV-06238 (MKV)

**CERTIFICATE OF SERVICE**

255-257 EAST 61ST STREET, LLC,

    Defendant/Third-Party
       Plaintiff,

  v.

2ND AVE GOURMET, INC. and SADRUDDIN RAMZANALI,

    Third-Party Defendants.

I hereby certify that on April 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing was served, via certified mail and regular U.S. Mail, on April 15, 2026 upon the following:

2nd Ave Gourmet Inc.
1161 Second Avene
New York, New York 10065

Sadruddin Ramzanali
71 Stratford North,
Roslyn Heights, New York 11577

#125538230v1

2

Dated: New York, New York
    April 15, 2026

**Dilworth Paxson LLP**

By: <u>/s/ Ira N. Glauber</u>
    Ira N. Glauber
    485 Lexington Avenue, 14th Floor
    New York, New York 10017
    Tel: (917) 675-4250
    *Attorneys for Defendant/Third-Party Plaintiff*

#125538230v1