# EXHIBIT 1



1650 Market Street
Suite 1200
Philadelphia, PA 19103-7301

| Payment Remittance Address Only. Do Not Include any Correspondence. | |
|---|---|
| USPS Mailing Address: | Overnight Courier Address: |
| Dilworth Paxson LLP<br>PO Box 825921<br>Philadelphia, PA 19182-5921 | PNC Bank c/o Dilworth Paxson LLP<br>Lockbox Number 825921<br>525 Fellowship Rd., Suite 330<br>Mt. Laurel, NJ 08054-3415 |

Solil Management                                    Invoice Number          638770
Bension DeFunis                                     Invoice Date           01/12/26
General Counsel                                     Client Number           052567
1185 Avenue of the Americas                         Matter Number           000001
10th Floor
New York, NY 10036

---

Re:   Kreisler Litigation

For Professional Services Rendered and Costs Advanced Through December 31, 2025

| **Date** | **Tkpr** | | **Hours** | **Value** |
|---|---|---|---|---|
| 11/05/25 | ING | Legal research; emails. | 1.00 | 475.00 |
| 11/06/25 | ING | Conference call with Jennifer Snyder ███████ ███████; telephone call with Bension. | 1.00 | 475.00 |
| 11/12/25 | ING | Began work on preparing the Answer; noted paragraph to deny/DKI/or Admit; reviewed models of other ADA Answer; emails Bension; email paralegal (Miriam Dolan) with instructions how to proceed | 1.50 | 712.50 |
| 11/12/25 | ING | Continued work on Answer; legal research; telephone conference and email with Bension; reviewed and revised draft Answer prepared by paralegal | 2.00 | 950.00 |
| 11/12/25 | MLD | Prepared draft of the answer and new matter for complaint; Reviewed emails re: same; Telephone conversation with I. Glauber re: draft | 3.50 | 700.00 |
| 11/13/25 | ING | Worked on Answer ███████████████ ███████████; checked other paragraphs | 3.00 | 1,425.00 |

---

If you have a question regarding this invoice or your account, or if you wish to pay electronically, with a credit card or via overnight mail (UPS, FedEx, etc.), please contact the Accounts Receivable Dept. at 215-575-7107 or 215-575-7048.

052567  Solil Management                                      Invoice        638770
000001  Kreisler Litigation                                                  Page 2
01/12/26

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 11/13/25 | MLD | Revised Answer to Complaint; Emails with I. Glauber re: same; Finalized and electronically filed answer to complaint | 1.20 | 240.00 |
| 11/18/25 | MLD | Emails with I. Glauber and J. Small re: Third Party Complaint; Extracted pleadings from docket and email to J. Small | 0.30 | 60.00 |
| 11/19/25 | JMS | Drafting third-party complaint for 255 East 61st Street matter | 0.60 | 240.00 |
| 11/20/25 | ING | Review of lease and emails ███████████; telephone call and emails with associate Jack Small with instructions and facts re: third party complaint against the tenant. | 0.80 | 380.00 |
| 11/20/25 | JMS | Drafting third-party complaint in 255 East 61st street matter | 1.50 | 600.00 |
| 11/21/25 | ING | Worked on Third-Party complaint against tenant. | 2.00 | 950.00 |
| 11/21/25 | JMS | Drafting third-party complaint | 1.90 | 760.00 |
| 11/24/25 | ING | Emails with Bension and Judy; instructed Paralegal. | 0.30 | 142.50 |
| 11/24/25 | MLD | Reviewed and revised third party complaint; Prepared summons forms; Emails with JS, and ING regarding complaint and summons forms | 1.00 | 200.00 |
| 11/25/25 | JMS | Revising third-party complaint | 0.50 | 200.00 |
| 11/26/25 | JMS | Finalizing third-party complaint for filing | 1.00 | 400.00 |
| 12/01/25 | ING | Instructed paralegal re: service of process; email Bension. | 0.30 | 142.50 |
| 12/01/25 | MLD | Reviewed court notice re: deficiency notice; Prepared third-party summons for third-party defendants per court's instruction; Emails with ING re: same | 0.50 | 100.00 |
| 12/02/25 | ING | Review of revised summons; email ███████ ████████████████████████. | 0.30 | 142.50 |
| 12/02/25 | MLD | Revised third-party summons forms; Emails with J. Small re: same; Finalized and electronically filed third party summons forms | 0.60 | 120.00 |
| 12/03/25 | MLD | Emails with process server re: cost for service of third-party complaint | 0.10 | 20.00 |
| 12/05/25 | MLD | Extracted third party summons forms from docket; Emails with process server re: service on defendants | 0.30 | 60.00 |

052567  Solil Management
000001  Kreisler Litigation
01/12/26

Invoice      638770
Page 3

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 12/10/25 | ING | Checked affidavits of service; emails with Bension. | 0.30 | 142.50 |
| 12/12/25 | MLD | Electronically filed Affidavits of Service for third party compliant | 0.30 | 60.00 |
| 12/15/25 | ING | Review and checked Docket; email Paralegal. | 0.20 | 95.00 |
| | | Total | 26.00 | |

**Timekeeper Time Summary:**

| Timekeeper | Hours | Value |
|------------|-------|-------|
| Ira N. Glauber | 12.70 | 6,032.50 |
| Jack M. Small | 5.50 | 2,200.00 |
| Miriam L. Dolan | 7.80 | 1,560.00 |
| Current Fees | | $9,792.50 |

**For Costs Advanced and Expenses Incurred:**

Current Expenses      $276.28

Total Amount of This Invoice      $10,068.78

**Dilworth Paxson**

1650 Market Street
Suite 1200
Philadelphia, PA 19103-7301

| **Payment Remittance Address Only. Do Not Include any Correspondence.** | |
|---|---|
| USPS Mailing Address: | Overnight Courier Address: |
| Dilworth Paxson LLP<br>PO Box 825921<br>Philadelphia, PA 19182-5921 | PNC Bank c/o Dilworth Paxson LLP<br>Lockbox Number 825921<br>525 Fellowship Rd., Suite 330<br>Mt. Laurel, NJ 08054-3415 |

| | | |
|---|---|---|
| Solil Management | Invoice Number | 640314 |
| Bension DeFunis | Invoice Date | 02/11/26 |
| General Counsel | Client Number | 052567 |
| 1185 Avenue of the Americas | Matter Number | 000001 |
| 10th Floor | | |
| New York, NY 10036 | | |

Re:   Kreisler Litigation

For Professional Services Rendered and Costs Advanced Through January 31, 2026

| **Date** | **Tkpr** | | **Hours** | **Value** |
|---|---|---|---|---|
| 01/21/26 | MLD | Reviewed docket; Reviewed Judge Vyskocil's judicial procedures re: discovery and case management conference; Email to I. Glauber and J. Small re: same | 0.40 | 80.00 |
| | | Total | 0.40 | |

**Timekeeper Time Summary:**

| Timekeeper | Hours | Value |
|---|---|---|
| Miriam L. Dolan | 0.40 | 80.00 |
| | Current Fees | $80.00 |

| | |
|---|---|
| Total Amount of This Invoice | $80.00 |

If you have a question regarding this invoice or your account, or if you wish to pay electronically, with a credit card or via overnight mail (UPS, FedEx, etc.), please contact the Accounts Receivable Dept. at 215-575-7107 or 215-575-7048.

052567  Solil Management
000001  Kreisler Litigation
02/11/26

Invoice        640314
Page 2

Prior Balance Due            10,068.78

Total Balance Due Upon Receipt        $10,148.78



1650 Market Street
Suite 1200
Philadelphia, PA 19103-7301

| **Payment Remittance Address Only. Do Not Include any Correspondence.** | |
| --- | --- |
| USPS Mailing Address: | Overnight Courier Address: |
| Dilworth Paxson LLP<br>PO Box 825921<br>Philadelphia, PA 19182-5921 | PNC Bank c/o Dilworth Paxson LLP<br>Lockbox Number 825921<br>525 Fellowship Rd., Suite 330<br>Mt. Laurel, NJ 08054-3415 |

| | |
| --- | --- |
| Solil Management | Invoice Number 641930 |
| Bension DeFunis | Invoice Date 03/11/26 |
| General Counsel | Client Number 052567 |
| 1185 Avenue of the Americas | Matter Number 000001 |
| 10th Floor | |
| New York, NY 10036 | |

Re:   Kreisler Litigation

For Professional Services Rendered and Costs Advanced Through February 28, 2026

| Date | Tkpr | | Hours | Value |
| --- | --- | --- | --- | --- |
| 02/03/26 | ING | Review of PC Order; Email with Bension | 0.30 | 142.50 |
| 02/10/26 | ING | Email Bension. | 0.20 | 95.00 |
| 02/11/26 | ING | Emails to Attorney for Plaintiff re: Settlement Conference. | 0.50 | 237.50 |
| 02/17/26 | ING | ██████████████████████ ; emails with Attorney fro Plaintiff re: Court ordered meeting; review of complaint; email with Bension; telephone call with Bension. | 1.80 | 855.00 |
| 02/17/26 | MLD | Reviewed docket to ensure no new documents have been filed; Emails with ING re: same | 0.30 | 60.00 |
| 02/18/26 | ING | Telephone call with Attorney for Kreisler; emails with Bension. | 0.50 | 237.50 |
| | | Total | 3.60 | |

**Timekeeper Time Summary:**

052567  Solil Management                                                     Invoice        641930
000001  Kreisler Litigation                                                                 Page 2
03/11/26

| Timekeeper | Hours | Value |
|---|---|---|
| Ira N. Glauber | 3.30 | 1,567.50 |
| Miriam L. Dolan | 0.30 | 60.00 |
| | Current Fees | $1,627.50 |

| | |
|---|---|
| Total Amount of This Invoice | $1,627.50 |
| Prior Balance Due | 10,148.78 |
| Total Balance Due Upon Receipt | $11,776.28 |



1650 Market Street
Suite 1200
Philadelphia, PA 19103-7301

| **Payment Remittance Address Only. Do Not Include any Correspondence.** | |
|---|---|
| USPS Mailing Address: | Overnight Courier Address: |
| Dilworth Paxson LLP<br>PO Box 825921<br>Philadelphia, PA 19182-5921 | PNC Bank c/o Dilworth Paxson LLP<br>Lockbox Number 825921<br>525 Fellowship Rd., Suite 330<br>Mt. Laurel, NJ 08054-3415 |

| | | |
|---|---|---|
| Solil Management | Invoice Number | 643184 |
| Bension DeFunis | Invoice Date | 04/09/26 |
| General Counsel | Client Number | 052567 |
| 1185 Avenue of the Americas | Matter Number | 000001 |
| 10th Floor | | |
| New York, NY 10036 | | |

Re:   Kreisler Litigation

For Professional Services Rendered and Costs Advanced Through March 31, 2026

| **Date** | **Tkpr** | | **Hours** | **Value** |
|---|---|---|---|---|
| 03/17/26 | ING | Review of Court Notice and Jack Small's email re: Default Application against two of the defendants; Email Bension re: same. | 0.40 | 190.00 |
| 03/17/26 | JMS | Emailing Ira Glauber re Court's March 16 order | 0.30 | 120.00 |
| 03/18/26 | ING | Worked on Default Judgment papers; emails to Bension | 0.80 | 380.00 |
| 03/18/26 | JMS | Drafting certificate of default on third party defendants | 1.00 | 400.00 |
| 03/18/26 | MLD | Reviewed local rules, SDNY forms and draft request of clerk's certificate of default; Confer with J. Small re: same | 0.30 | 60.00 |
| 03/19/26 | MLD | Ran military search for Sadruddin Ramzanali | 0.20 | 40.00 |
| 03/20/26 | MLD | Finalized and electronically filed Request for Certificate of Default; Emails with JS and IG re: same; Coordinated mailing of request | 0.60 | 120.00 |

If you have a question regarding this invoice or your account, or if you wish to pay electronically, with a credit card or via overnight mail (UPS, FedEx, etc.), please contact the Accounts Receivable Dept. at 215-575-7107 or 215-575-7048.

052567  Solil Management
000001  Kreisler Litigation
04/09/26

Invoice    643184
Page 2

| Date | Tkpr | | Hours | Value |
|------|------|---|-------|-------|
| 03/23/26 | MLD | Emails with J. Small re: deficiency notice; Revised Request for Default Certificate per Court's note; Attempted to refiled request for default certificate, but encountered issues with SDNY filing system | 0.60 | 120.00 |
| 03/24/26 | JMS | Drafting letter to the Court re 3/16 order | 0.50 | 200.00 |
| 03/24/26 | MLD | Refiled request for certificate of default and related documents per court's instructions; Emails with JS re: certificate of default issued by clerk; Revised letter re: response to order to show cause; Finalized and electronically filed letter | 1.00 | 200.00 |
| 03/29/26 | JMS | Drafting motion for summary judgment against third-party defendants | 1.80 | 720.00 |
| 03/30/26 | JMS | Drafting motion for default judgment of lessee and guarantor | 1.50 | 600.00 |
| | | Total | 9.00 | |

**Timekeeper Time Summary:**

| Timekeeper | Hours | Value |
|------------|-------|-------|
| Ira N. Glauber | 1.20 | 570.00 |
| Jack M. Small | 5.10 | 2,040.00 |
| Miriam L. Dolan | 2.70 | 540.00 |
| | Current Fees | $3,150.00 |

| | |
|---|---|
| Total Amount of This Invoice | $3,150.00 |