USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER, Individually and on Behalf of
All Others Similarly Situated,

        Plaintiff,

-against-

255-257 EAST 61ST STREET, LLC and 2ND
AVE FRESH FOOD CORNER INC.,

        Defendants.

1:25-cv-06238-MKV

**MEDIATION REFERRAL ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that this case is referred to the Court-annexed Mediation Program for mediation on a coordinated basis with cases 25cv559 and 25cv1145. The parties are hereby notified that Local Civil Rule 83.9 of the United States District Court for the Southern District of New York shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. Mediation shall begin approximately sixty days after the date of this Order.

**SO ORDERED.**

**Date:  April 17, 2026**
      **New York, NY**

                                **MARY KAY VYSKOCIL**
                                **United States District Judge**