USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER, Individually and on Behalf of
All Others Similarly Situated,

Plaintiff,

-against-

255-257 EAST 61ST STREET, LLC and 2ND

AVE FRESH FOOD CORNER INC.,

Defendants.

1:25-cv-06238-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

This case shall be coordinated for purposes of discovery with cases 25cv559 and 25cv1145.

**SO ORDERED.**

**Date: April 17, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**