USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

255-257 EAST 61ST STREET, LLC and 2ND AVE FRESH FOOD CORNER INC.,

Defendants.

1:25-cv-06238-MKV

**ORDER TO SHOW CAUSE AND SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled a conference in this case for August 18, 2026. [ECF No. 44]. Further, the Court ordered that one week in advance of said conference, by August 11, 2026, the parties had to submit a joint letter including specific information. [ECF No. 44]. However, as of this date, no joint letter has been filed.

Accordingly, IT IS HEREBY ORDERED that, on or before August 14, 2026, the parties show cause for failure to file the required joint letter. IT IS FURTHER ORDERED that the parties file the required joint letter on or before August 14, 2026.

IT IS FURTHER ORDERED that the conference scheduled for August 18, 2026, is ADJOURNED *sine die*.

**SO ORDERED.**

**Date:  August 12, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**