USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

Dilworth Paxson LLP

DIRECT DIAL NUMBER:
(917) 675-4252

Ira N. Glauber
iglauber@dilworthlaw.com

August 13, 2026

**Via Electronic Filing**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

GRANTED. SO ORDERED.

Date: 8/17/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

**RE: Kreisler v. 255-257 East 61st Street, LLC, et al.**
**Case No. 1:25-CV-006238- (MKV)(SN)**

Dear Judge Vyskocil:

We are counsel for both parties to the above-referenced ADA action, which is related to two other ADA actions involving the same property. We are writing pursuant to the court's August 12, 2026 order to show cause requesting a status report.

We are pleased to advise the court that the case is close to being settled. Following the June 8, 2026 mediation before mediator Frances Sinha, counsel in all three cases worked out a settlement in principal by late July. A written settlement agreement was circulated in early August, the terms of which were mostly agreed to by all counsel. Because a few issues remain to be resolved, Mediator Sinha scheduled a conference call with counsel in all three cases for August 26, 2026 to work out all remaining issues for the settlement.

In light of the above, we request until September 11, 2026 to report back to the court about the status of the settlement.

Respectfully submitted,

*/s/ James E. Bahamonde*
James E. Bahamonde, Esq.
*Attorney for Plaintiff*

*/s/ Ira N. Glauber*
Ira N. Glauber (8383)
*Attorney for Defendant/Third-Party Plaintiff 255-257 East 61st Street, LLC*

cc: (via ECF)