Dilworth Paxson LLP

DIRECT DIAL NUMBER:
(917) 675-4252

Ira N. Glauber
iglauber@dilworthlaw.com

September 18, 2026

**Via Electronic Filing**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**RE: Kreisler v. 255-257 East 61st Street, LLC, et al.**
**Case No. 1:25-CV-006238- (MKV)(SN)**

Dear Judge Vyskocil:

We are counsel for both parties to the above-referenced ADA action, which is related to two other ADA actions involving the same property. In Brown v. 2nd Ave Gourmet Inc, 1:25-cv-00559-MKV, counsel submitted a letter to the court on September 14, 2026 with a status report about efforts to settle all three actions (a copy of that letter is attached herewith). Since submission of that letter, a revised draft of the settlement agreement was circulated among counsel for all of these actions, and the parties remain hopeful that they can resolve the outstanding issues regarding settlement.

Respectfully submitted,

*/s/ James E. Bahamonde*
James E. Bahamonde, Esq.
*Attorney for Plaintiff*

*/s/ Ira N. Glauber*
Ira N. Glauber (8383)
*Attorney for Defendant/Third-Party Plaintiff 255-257 East 61st Street, LLC*

cc: (via ECF)

THE MARKS LAW FIRM, P.C.

1325 Avenue of the Americas, 14th Floor, New York, NY 10019
EMAIL rmadnick@markslawpc.com TEL (646) 770–3775

September 14, 2026

***FILED VIA ECF***
Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

RE: *Brown v. 2nd Ave Gourmet Inc., et al.*
Index: 1:25-cv-00559-MKV

Dear Judge Vyskocil,

Plaintiff and Defendant, 255-257 East 61st Street LLC ("Defendant"), jointly and respectfully submit this status report regarding mediation and settlement.

Since the last status report, the parties, including non-appearing Defendant 2nd Ave Gourmet Inc. and non-appearing Third-Party Defendant Sadruddin Ramzanali, have continued to work toward resolving this matter. Plaintiff provided Defendant with a draft settlement agreement (the "Draft Agreement"), Defendant provided comments to the Draft Agreement, and Plaintiff just responded to Defendant's comments. The parties, however, have not yet finalized a settlement agreement and open issues remain. Nonetheless, Plaintiff and Defendant remain hopeful that they can resolve the outstanding issues. Indeed, an attorneys-only conference is presently scheduled with the mediator for September 15, 2026.

If open issues remain after the September 15, 2026 mediation conference, Plaintiff will submit a further status report on or before September 21, 2026, including a request for a conference before Your Honor to assist in resolving the above issues.

We thank the Court for its attention and consideration.

Respectfully Submitted,

Richard M. Madnick, Esq.