USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD KREISLER, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

255-257 EAST 61ST STREET, LLC and 2ND AVE FRESH FOOD CORNER INC.,

Defendants.

1:25-cv-06238-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Parties' consent letter motion for a conference (ECF No. 52) is GRANTED. IT IS HEREBY ORDERED that the Parties shall appear for a status conference on **Thursday, December 3rd at 1:00 PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. IT IS FURTHER ORDERED that no later than November 30, 2026, the Parties shall submit a joint status report not to exceed three pages laying out each Parties' position on the status of settlement discussions and proposed next steps.

**SO ORDERED.**

**Date: November 16, 2026**
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**